UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

BRIAN WELLS

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:09-CR-306 (GHL)

  Seth Buchman, Esq.  
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

  XX  guilty  __ nolo contendere as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: MAY 8, 2009**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00, and a special assessment of $5.00. Total of the fine and special assessment is $305.00, payable no later than September 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

June 10, 2009  
Date of Imposition of Sentence

June 11, 2009  
DATE SIGNED

*[signature]*  
George H. Lowe  
United States Magistrate Judge